BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>EDWIN WILLIAM BALERO,<br><br>                    Defendant, | CASE NO.  Cr. 12-00369 JAM<br><br>STIPULATION REGARDING<br>EXCLUDABLE TIME PERIODS<br>UNDER SPEEDY TRIAL ACT;<br>FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. On January 30, 2013, this matter was reassigned to United States District Judge John A. Mendez after the government filed a notice of related cases. United States v. Balero, Case No. 2:99-cr-00401-02 JAM is related to the above captioned case (United States v. Balero, Case No. 2:12-cr-0369 WBS).  Pursuant to the January 30, 2013, order, all further proceedings for both matters will be held in front of Judge Mendez.

2. By previous order, and prior to the reassignment of this matter to Judge Mendez, this matter was set for a further status conference in front of Judge William B. Shubb on February 4,

1

2013.

3. By this stipulation, the parties move to continue the status conference until March 5, 2013 at 9:45 a.m., and to exclude time between February 4, 2013, and March 5, 2013, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a. Although the initial discovery provided to the defense by the government included a preliminary lab report, further lab analysis was requested on certain items of evidence related to this case. This additional lab analysis, which is being conducted by the DEA Western Regional Laboratory, is scheduled to be completed on or before February 4, 2013. At that time, a supplemental report will be generated and provided to both the government and defense. Once counsel for defendant receives this additional lab report, he will need time to review it, engage in additional research and investigation, discuss potential resolutions with his client, prepare pretrial motions, and/or otherwise prepare for trial.

    b. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The government joins in the request for the continuance.

    d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 4, 2013, to March 5, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh

the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:     February 1, 2013

/s/ Michael D. McCoy
MICHAEL D. McCOY
Assistant United States Attorney

DATED:     February 1, 2013

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.
Counsel for Defendant EDWIN WILLIAM BALERO
Per telephone authorization

**O R D E R**

IT IS SO FOUND AND ORDERED this 1st day of February, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE