William Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
(916) 557-1113

Attorney for defendant EDWIN BALERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:12-CR-0369 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| EDWIN WILLIAM BALERO, | |
| Defendant. | |

The defendant, EDWIN BALERO, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, November 5, 2013 at 9:45 am be vacated and continued until Tuesday, November 12, 2013 at 9:45 am.

Defense counsel was out of the office last week recovering from a brief and unexpected hospitalization. A continuance is necessary to provide the parties with additional time for case preparation and ongoing plea and sentencing negotiations.

The parties agree that time should be excluded under the Speedy Trial Act to provide the parties additional time for case preparation and ongoing plea and sentencing negotiations.  Local

1

1  Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

2     I, William E. Bonham, the filing party, have received
3  authorization from AUSA Michael McCoy to sign and submit this
4  stipulation and proposed order on his behalf.

5     The parties agree that the failure to grant a continuance in
6  this matter would deny counsel reasonable time for effective
7  preparation, taking into account the exercise of due diligence,
8  and that the ends of justice served by granting this continuance
9  outweigh the best interests of the public and defendant in a
10 speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Accordingly, the
11 defense and the United States agree and request that the status
12 conference for defendant EDWIN BALERO, be continued to Tuesday,
13 November 12, 2013 at 9:45 am.

14 Dated: November 4, 2013

                                    BENJAMIN B. WAGNER
15                                  United States Attorney

16                                  By:/s/ WILLIAM E. BONHAM for
                                    MICHAEL McCOY
17                                  Assistant U.S. Attorney

18

19
   Dated: November 4, 2013
20

                                    By:/s/ WILLIAM E. BONHAM for
21                                  WILLIAM E. BONHAM
                                    Counsel for Defendant
22                                  EDWIN BALERO

2

# ORDER

IT IS SO ORDERED. The status conference for defendant, EDWIN BALERO, currently set for Tuesday, November 5, 2013 at 9:45 am should be vacated and continued to Tuesday, November 12, 2013 at 9:45 am.

I find that the continuance is necessary due to the needs of counsel for continued case preparation and plea/sentencing negotiations and that a failure to do so would deny counsel reasonable time for effective preparation, taking into account the exercise of due diligence.  Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations, from November 5, 2013 up to and including November 12, 2013 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: November 4, 2013

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

3