William Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
(916) 557-1113
Attorney for defendant EDWIN BALERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-0369 JAM |
|---|---|
| Plaintiff, | No. 2:99-CR-0401 JAM |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| EDWIN WILLIAM BALERO, | |
| Defendant. | |

The defendant, EDWIN BALERO, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, November 12, 2013 at 9:45 am be vacated and continued until Tuesday, January 21, 2014 at 9:45 am.

A continuance is necessary to provide the parties with additional time for case preparation and ongoing plea and sentencing negotiations.

The parties stipulate that time should be excluded under the Speedy Trial Act to allow the defendant continuity of counsel and

1

1  to provide the parties additional time for case preparation and
2  ongoing plea and sentencing negotiations.  Local Code T4 & 18
3  U.S.C § 3161 (h)(7)(B)(iv).
4     I, William E. Bonham, the filing party, have received
5  authorization from AUSA Michael McCoy to sign and submit this
6  stipulation and proposed order on his behalf.
7     Accordingly, the defense and the United States agree and
8  request that the status conference for defendant EDWIN BALERO,
9  should be continued to Tuesday, January 21, 2014 at 9:45 am. The
10 parties stipulate that the ends of justice served by granting
11 this continuance outweigh the best interests of the public and
12 defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: November 8, 2013

BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM E. BONHAM for
MICHAEL McCOY
Assistant U.S. Attorney

Dated: November 8, 2013

By:/s/ WILLIAM E. BONHAM for
WILLIAM E. BONHAM
Counsel for Defendant
EDWIN BALERO

**ORDER**

IT IS SO ORDERED. The status conference for defendant, EDWIN BALERO, currently set for Tuesday, November 12, 2013 at 9:45 am should be vacated and continued to Tuesday, January 21, 2014 at 9:45 am.

I find that the continuance is necessary due to the needs of counsel for continued case preparation and plea/sentencing negotiations and that a failure to do so would deny counsel reasonable time for effective preparation, taking into account the exercise of due diligence.  Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations, from November 12, 2013 up to and including January 21, 2014 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: November 8, 2013

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

3