```
William Bonham, SBN: 55478
Attorney at Law
916 2nd Street, 2nd Floor
Sacramento, CA 95814
(916) 557-1113
Attorney for defendant EDWIN BALERO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>EDWIN WILLIAM BALERO,<br><br>            Defendant. | No. 99-CR-401/12-CR-0369 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The defendant, EDWIN BALERO, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, January 21, 2014 at 9:45 am be vacated and continued until Tuesday, February 18, 2014 at 9:45 am.

A continuance is necessary to provide the parties with additional time for case preparation, investigation, and ongoing plea and sentencing negotiations.

The parties stipulate that time should be excluded under the Speedy Trial Act to allow the defendant continuity of counsel and to provide the parties additional time for case preparation and

1

ongoing plea and sentencing negotiations.  Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

    I, William E. Bonham, the filing party, have received authorization from AUSA Michael McCoy to sign and submit this stipulation and proposed order on his behalf.

    Accordingly, the defense and the United States agree and request that the status conference for defendant EDWIN BALERO, should be continued to Tuesday, February 18, 2014 at 9:45 am. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: January 17, 2014

    BENJAMIN B. WAGNER
    United States Attorney

    By:/s/ WILLIAM E. BONHAM for
    MICHAEL McCOY
    Assistant U.S. Attorney

Dated: January 17, 2014

    By:/s/ WILLIAM E. BONHAM for
    WILLIAM E. BONHAM
    Counsel for Defendant
    EDWIN BALERO

**ORDER**

IT IS SO ORDERED. The status conference for defendant, EDWIN BALERO, currently set for Tuesday, January 21, 2014 at 9:45 am should be vacated and continued to Tuesday, February 18, 2014 at 9:45 am.

I find that the continuance is necessary due to the needs of counsel for continued case preparation and plea/sentencing negotiations and that a failure to do so would deny counsel reasonable time for effective preparation, taking into account the exercise of due diligence.  Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations, from January 21, 2014 up to and including February 18, 2014 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: January 17, 2014

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

3