HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, # 127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
EDWIN WILLIAM BALERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EDWIN WILLIAM BALERO,<br><br>　　　　　Defendant. | Case No.  S 12-369 JAM 1<br><br>**Unopposed Request to Extend Deadline for Filing Response to Government's Motion for Extension of Time;  Order**<br><br>Judge:  Honorable JOHN A. MENDEZ |

　　　　On September 9, 2020, defendant, EDWIN WILLIAM BALERO, filed a pro se emergency motion for compassionate release pursuant to 18 U.S.C. § 3582(c).  ECF 71.  The same day, the Court issued a minute order directing the government to file its response by September 21, 2020, and defendant to file a reply by September 28, 2020.  ECF 72.  On September 18, 2020, the government filed a motion for extension of time to file its response and/or opposition by October 5, 2020.  ECF 73.  The same day, the Court issued a minute order allowing Mr. Balero to file a response to the government's request by September 22, 2020.  ECF 74.

　　　　On September 22, 2020, the undersigned was assigned to represent Mr. Balero.  I need time to consult with Mr. Balero and therefore respectfully request that the deadline for filing a response to the government's request for an extension of time be extended to September 29, 2020.  Counsel for the government, Assistant U.S. Attorney Roger Yang, graciously indicated he has no objection to this request.  A proposed order is lodged

Unopposed Request to Extend Deadline for
Filing Response to Government's Motion for
Extension of Time;  Order

-1-

*United States v. Edwin William Balero,*
Cr. S 12-369 JAM 1

herewith.

Date: September 22, 2020

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
Federal Defender

*/s/ David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorneys for Defendant
EDWIN WILLIAM BALERO

## **O R D E R**

Pursuant to defendant's unopposed request, and good cause appearing therefor, the Office of the Federal Defender is directed to file a response to the government's motion for extension of time on or before September 29, 2020.

IT IS SO ORDERED.

Dated: September 23, 2020

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge

Unopposed Request to Extend Deadline for Filing Response to Government's Motion for Extension of Time;  Order        -2-        *United States v. Edwin William Balero,* Cr. S 12-369 JAM 1