HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, # 127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
EDWIN WILLIAM BALERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. S 12-369 JAM 1 |
| Plaintiff, | **Unopposed Request to Set Briefing Schedule; Order** |
| v. | |
| EDWIN WILLIAM BALERO, | Judge: Honorable JOHN A. MENDEZ |
| Defendant. | |

On September 9, 2020, defendant, EDWIN WILLIAM BALERO, filed a pro se emergency motion for compassionate release pursuant to 18 U.S.C. § 3582(c). ECF 71. The same day, the Court issued a minute order directing the government to file its response by September 21, 2020, and defendant to file a reply by September 28, 2020. ECF 72. On September 18, 2020, the government filed a motion for extension of time to file its response and/or opposition by October 5, 2020. ECF 73. The same day, the Court issued a minute order allowing Mr. Balero to file a response to the government's request by September 22, 2020. ECF 74.

On September 22, 2020, the undersigned filed a notice of appearance and requested that the deadline for filing a response to the government's request for an extension of time be extended to September 29, 2020. ECF 76. The Court granted that request. ECF 77.

/ / /

1  After consulting with Mr. Balero, the undersigned requests the Court issue the
2  order lodged herewith setting a briefing schedule whereby defendant's supplemental
3  memorandum is due on or before October 1, 2020, the government's response to
4  defendant's emergency motion is due on or before October 9, 2020, and defendant's
5  reply to the government's response is due on or before October 13, 2020.  Counsel for the
6  government, Assistant U.S. Attorney Roger Yang, graciously indicated he has no
7  objection to this request.

8  Date:  September 29, 2020

9  Respectfully submitted,

10  HEATHER E. WILLIAMS
Federal Defender

12  */s/  David M. Porter*
DAVID M. PORTER
13  Assistant Federal Defender

14  Attorneys for Defendant
EDWIN WILLIAM BALERO

# ORDER

Pursuant to defendant's unopposed request, and good cause appearing therefor, defendant's supplemental memorandum is due on or before October 1, 2020, the government's response to defendant's emergency motion is due on or before October 9, 2020, and defendant's reply to the government's response is due on or before October 13, 2020.

IT IS SO ORDERED.

DATED: September 30, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE