HEATHER E. WILLIAMS, SBN 122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
EDWIN WILLIAM BALERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. EDWIN WILLIAM BALERO, Defendant. | No. Cr. S 99-401 JAM (2)<br><br>Cr. S 12-369 JAM (1)<br><br>**ORDER TO SEAL MR. EDWIN WILLIAM BALERO'S MEDICAL RECORDS – EXHIBITS 1 AND 2**<br><br>Judge: Honorable JOHN A. MENDEZ |
|---|---|

    IT IS HEREBY ORDERED that the Request to Seal Exhibits 1 and 2 - Mr. Edwin William Balero's Medical Records -- is granted so that the medical information is not available on the public docket. The records have been provided to the Court and opposing counsel.

    These documents shall remain under seal until further Order of the Court.

DATED: October 2, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE